IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-34275 |
| CURRY, BRUCE LEE<br>CURRY, ANGELA RENEE, | Chapter 7 |
| Debtors. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $62.64 |

Dated: October 24, 2011                 Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:         jshtrustee@jonesobenchain.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Tamara L. Renner | United States Trustee |
| banikandrenner@aol.com | ustpregion10.so.ecf@usdoj.gov |

          /s/ Jacqueline Sells Homann
          Jacqueline Sells Homann